450 A.2d 183

Commonwealth v. Heffley, Sr., Appellant.
Petition for Allowance of Appeal
Denied Feb. 15, 1983.

Argued March 22, 1982. John J. Krafsig, for appellant; Charles J. Rehkamp, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

450 A.2d 183

Commonwealth v. Henderson, Jr., Appellant.

Submitted January 11, 1982. Barbara A. Roth, for appellant; Daniel Joseph, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.